1  BENJAMIN B. WAGNER
United States Attorney
2  ALYSON A. BERG
Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
Fresno, California  93721
4  Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099
5

Attorneys for Defendant PATRICK R. DONAHOE,
6  POSTMASTER GENERAL, UNITED STATES
POSTAL SERVICE
7

8                      UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11  FELIPE S. QUINONES,                    ) Case No. 1:13-cv-01553 LJO/GSA
                                           )
12            Plaintiff,                   ) STIPULATION TO AMEND COMPLAINT;
                                           ) EXTEND TIME TO RESPOND TO COMPLAINT
13  v.                                     ) AND CONTINUE SCHEDULING
                                           ) CONFERENCE; ORDER THEREON
14  PATRICK R. DONAHOE, POSTAMASTER        )
GENERAL, UNITED STATES POSTAL              )
15  SERVICE,                               )
                                           )
16            Defendant.                   )
                                           )
17

18       Plaintiff  Felipe S. Quinones ("Plaintiff"), and Defendant Patrick R. Donahoe, Postmaster

19  General ("Postmaster"), (collectively "the parties") stipulate, by and through the undersigned

20  counsel, that the Plaintiff will amend the Complaint (ECF No. 1) on or before February 28, 2014.

21  The parties agree that the Postmaster will then respond to the First Amended Complaint on or before

22  April 28, 2014.  The parties further agree to continue the date of the scheduling conference currently

23  set for March 5, 2014 at 10:00 a.m. before Magistrate Judge Gary S. Austin to June 18, 2014 at 10:00

24  a. m.

25       The parties base this stipulation on good cause, which includes the need for the Plaintiff to

26  amend the Complaint and the Postmaster to review the allegations in the First Amended Complaint and

27  respond accordingly.  The parties agree that this short extension of the time for the parties to update the

28  pleadings will not cause any prejudice to the parties.

STIPULATION TO AMEND COMPLAINT; EXTEND TIME TO RESPOND TO COMPLAINT
AND CONTINUE SCHEDULING CONFERENCE; ORDER THEREON                                          1

Accordingly, the parties stipulate and agree that the time for the Plaintiff to amend the Complaint and the Postmaster to review the allegations in the First Amended Complaint and respond accordingly. The parties request the court to endorse this stipulation by way of formal order.

Dated:  February 24, 2014                          Respectfully submitted,
                                                   BENJAMIN B. WAGNER
                                                   UNITED STATES ATTORNEY

                                                   /s/Alyson A. Berg
                                                   ALYSON A. BERG
                                                   Attorney for Defendant Patrick R. Donahoe,
                                                   Postmaster General, United States Postal Service


Dated:  February 21, 2014                          Church State Council

                                                   /s/ Alan J. Reinach
                                                   Alan J. Reinach
                                                   Attorneys for Plaintiff


### ORDER

The Court adopts the parties' stipulation set forth above.  (Doc. 10).  Accordingly, Plaintiff shall file an amended complaint no later than February 28, 2014; the Postmaster General shall file a response to the First Amended Complaint no later than April 28, 2014; and the scheduling conference currently set for March 5, 2014 at 10:00 a.m. shall be continued to June 18, 2014 at 10:00a.m. in Courtroom 10 (GSA) before Magistrate Judge Gary S. Austin.

IT IS SO ORDERED.

Dated:    **February 26, 2014**                    **/s/ Gary S. Austin**
                                                   UNITED STATES MAGISTRATE JUDGE

STIPULATION TO AMEND COMPLAINT; EXTEND TIME TO RESPOND TO COMPLAINT
AND CONTINUE SCHEDULING CONFERENCE; ORDER THEREON                                    2