1   BENJAMIN B. WAGNER
    United States Attorney
2   ALYSON A. BERG
    Assistant United States Attorney
3   2500 Tulare Street, Suite 4401
    Fresno, California  93721
4   Telephone:  (559) 497-4000
    Facsimile:  (559) 497-4099
5
    Attorneys for Defendant PATRICK R. DONAHOE,
6   POSTMASTER GENERAL, UNITED STATES
    POSTAL SERVICE
7

8
                     UNITED STATES DISTRICT COURT
9
                     EASTERN DISTRICT OF CALIFORNIA
10

11  FELIPE S. QUINONES,                     ) Case No. 1:13-cv-01553 LJO/GSA
                                            )
12                        Plaintiff,        )  STIPULATION TO CONTINUE
                                            )  PRE-TRIAL DATES; ORDER
13  v.                                      )
                                            )
14  PATRICK R. DONAHOE, POSTAMASTER         )
    GENERAL, UNITED STATES POSTAL           )
15  SERVICE,                                )
                                            )
16                        Defendant.        )
                                            )
17  _____)

18        Plaintiff Felipe S. Quinones ("Plaintiff"), and Defendant Patrick R. Donahoe, Postmaster

19  General ("Defendant"), (collectively "the parties"), stipulate, by and through the undersigned

20  counsel, to extend the discovery deadlines in this action to allow for the parties to engage in

21  settlement negotiations.  The dates for filing motions, the pre-trial conference, and the trial date are

22  not affected by this stipulation.

23        The parties agree to a short extension of the dates to allow the parties to meaningfully

24  participate in a settlement conference set for June 25, 2015 at 10:30 a.m. before the Honorable Gary

25  S. Austin.  The parties submit that this request is being made for good cause to allow the parties to

26  attempt to resolve the case at this time, and prior to extensive discovery, depositions and pre-trial

27  disclosures.  The stipulation provides a change of approximately two months to the discovery cut-off

28  deadline, without changing the pre-trial conference or trial dates.

                                            1

1   Accordingly, the parties stipulate and agree to continue the following dates, and base it on the

2   above-stated good cause.

3

| | Old Date | New Date |
|---|---|---|
| Settlement Conference | TBA | June 25, 2015 @ 10:30 a.m. Ctrm 10 |
| Close of Non-Expert Discovery | July 31, 2015 | September 30, 2015 |
| Plaintiff's Expert Disclosure | August 24, 2015 | October 8, 2015 |
| Defendant's Expert Disclosure | September 14, 2015 | October 28, 2015 |
| Rebuttal Expert Disclosure | September 28, 2015 | November 2, 2015 |
| Expert Discovery Cut-Off | November 23, 2015 | December 1, 2015 |

11   The parties request the court to endorse this stipulation by way of formal order.

12   Dated:  May 21, 2015                                   Respectfully submitted,
                                                            BENJAMIN B. WAGNER
13                                                          UNITED STATES ATTORNEY

14

15                                                          /s/Alyson A. Berg
                                                            ALYSON A. BERG
16                                                          Attorney for Defendant Patrick R. Donahoe,
                                                            Postmaster General, United States Postal Service

17

18   Dated:  May 21, 2015                                   Church State Council

19

20                                                          /s/Alan J. Reinach
                                                            Alan J. Reinach
21                                                          Attorneys for Plaintiff

22                                          ORDER

23   Having reviewed the stipulation submitted by the parties, the dates are continued as

24   referenced above.

25   IT IS SO ORDERED.

26
      Dated:   **May 21, 2015**                          **/s/ Gary S. Austin**
27                                                          UNITED STATES MAGISTRATE JUDGE

28