BENJAMIN B. WAGNER
United States Attorney
ALYSON A. BERG
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California  93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Defendant PATRICK R. DONAHOE, POSTMASTER
 GENERAL, UNITED STATES POSTAL SERVICE

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FELIPE S. QUINONES, | 1:13-cv-01553-LJO-GSA |
| Plaintiff, | **NOTICE OF SUBSTITUTION OF DEFENDANT; ORDER** |
| v. | |
| PATRICK R. DONAHOE, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE, | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that, on February 1, 2015, Megan J. Brennan became the Postmaster General.  Accordingly, pursuant to Fed. R. Civ. P. 25(d), Megan J. Brennan is substituted as defendant in place of Patrick R. Donahoe for all further proceedings in this action.

                                                   Respectfully submitted,

Dated:  June 9, 2015                  BENJAMIN B. WAGNER
                                                   UNITED STATES ATTORNEY


                                                 /s/Alyson A. Berg
                                                 ALYSON A. BERG
                                                 Attorney for Defendant Megan J. Brennan,
                                                 Postmaster General, United States Postal Service

///

///

**ORDER**

Pursuant to Federal Rule of Civil Procedure 25(d), Megan J. Brennan is substituted as defendant in this case for Patrick R. Donahoe.

IT IS SO ORDERED.

Dated:   **June 10, 2015**                              **/s/ Gary S. Austin**
                                                                    UNITED STATES MAGISTRATE JUDGE