BENJAMIN B. WAGNER
United States Attorney
ALYSON A. BERG
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California  93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Defendant MEGAN J. BRENNAN,
 POSTMASTER GENERAL, UNITED STATES
 POSTAL SERVICE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE S. QUINONES,<br><br>　　　　Plaintiff,<br><br>v.<br><br>PATRICK R. DONAHOE, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE,<br><br>　　　　Defendant. | Case No. 1:13-cv-01553 LJO/GSA<br><br>STIPULATION TO CHANGE SETTLEMENT CONFERENCE; ORDER |

　　　　Plaintiff Felipe S. Quinones ("Plaintiff"), and Defendant Megan J. Brennan, Postmaster General ("Defendant"), (collectively "the parties"), stipulate, by and through the undersigned counsel, to change the settlement conference judge as well as the settlement conference date.

　　　　The settlement conference is currently scheduled to be heard before the Honorable Gary S. Austin on August 25, 2015.  By way of this stipulation, the parties are requesting that the settlement conference be heard before the Honorable Jennifer L. Thurston on August 18, 2015 at 9:30 a.m. in Bakersfield, California.  The parties submit that this request is being made for good cause as the parties anticipate that if this matter does not settle at the settlement conference, they anticipate discovery issues which will then need to be heard by the Honorable Gary S. Austin, Magistrate Judge assigned to this matter.  Out of an abundance of caution, the parties request the settlement conference be heard before the Honorable Jennifer L. Thurston.

STIPULATION TO CHANGE SETTLEMENT CONFERENCE; ORDER　　　　　　　　　　　　　　　　　　　　　　　　1

Accordingly, the parties stipulate and agree to continue the following dates, and base it on the above-stated good cause.

|  | **Old Date** | **New Date** |
|---|---|---|
| Settlement Conference | August 25, 2015 @10:00 a.m. before Magistrate Judge Austin USDC, Fresno | August 18, 2015 @9:30 a.m. before Magistrate Judge Thurston USDC, Bakersfield |

The parties request the court to endorse this stipulation by way of formal order.

Dated:  July 16, 2015                    Respectfully submitted,

                                         BENJAMIN B. WAGNER
                                         UNITED STATES ATTORNEY


                                         /s/Alyson A. Berg
                                         ALYSON A. BERG
                                         Attorney for Defendant Megan J. Brennan,
                                         Postmaster General, United States Postal Service

Dated:  July 16, 2015                    Church State Council


                                         /s/Alan J. Reinach
                                         Alan J. Reinach
                                         Attorneys for Plaintiff

ORDER

Having reviewed the stipulation submitted by the parties, the settlement conference judge and date are continued as referenced above.

IT IS SO ORDERED.

   Dated:  **July 20, 2015**              **/s/ Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE