1  BENJAMIN B. WAGNER
   United States Attorney
2  ALYSON A. BERG
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California  93721
4  Telephone:  (559) 497-4000
   Facsimile:  (559) 497-4099
5

6  Attorneys for Defendant MEGAN J. BRENNAN,
     POSTMASTER GENERAL, UNITED STATES
7    POSTAL SERVICE

8              **UNITED STATES DISTRICT COURT**

9             **EASTERN DISTRICT OF CALIFORNIA**

10

11 FELIPE S. QUINONES,                    ) Case No. 1:13-cv-01553-LJO-GSA
                                          )
12                    Plaintiff,          )  STIPULATION TO CONTINUE
                                          )  NON-EXPERT DISCOVERY DEADLINE;
   v.                                     ) ORDER
13                                        )
   MEGAN J. BRENNAN, POSTMASTER           )
14 GENERAL, UNITED STATES POSTAL          ) (ECF No. 38)
   SERVICE,                               )
15                                        )
                      Defendant.          )
16 _____)

17        Plaintiff Felipe S. Quinones ("Plaintiff"), and Defendant Megan J. Brennan, Postmaster

18 General ("Defendant"), (collectively "the parties"), stipulate, by and through the undersigned

19 counsel, to extend the non-expert discovery deadline.  The dates for filing motions, the pre-trial

20 conference, and the trial date are not affected by this stipulation.

21        The parties agree to a short extension of the date by which to complete non-expert discovery

22 in this case from September 30, 2015 to December 1, 2015, the same day on which expert discovery

23 is to be completed.  The parties submit that this request is being made for good cause as the parties

24 attempted to resolve the matter at a settlement conference on August 26, 2015, which attempt was

25 unsuccessful.  The parties are seeking to phase discovery to conserve time and resources during this

26 brief extension of the non-expert discovery deadline.  Accordingly, the parties stipulate and agree to

27 continue the non-expert discovery deadline, and base it on the above-stated good cause.

28 ///

|  | **Old Date** | **New Date** |
|---|---|---|
| Close of Non-Expert Discovery | September 30, 2015 | December 1, 2015 |

The parties request the court to endorse this stipulation by way of formal order.

Dated:  September 3, 2015                     Respectfully submitted,

                                            BENJAMIN B. WAGNER
                                            UNITED STATES ATTORNEY


                                            /s/Alyson A. Berg
                                            ALYSON A. BERG
                                            Attorney for Defendant Megan J. Brennan,
                                            Postmaster General, United States Postal Service


Dated:  September 3, 2015                     Church State Council


                                            /s/Alan J. Reinach
                                            Alan J. Reinach
                                            Attorneys for Plaintiff

## ORDER

After a review of the above stipulation and the procedural posture of the case, and good cause appearing therein, the non-expert discovery deadline is continued to December 1, 2015. The Court notes that the non-dispositive motion deadline is currently set for December 14, 2015. Compliance with this deadline and the newly set non-expert discovery deadline will require discovery motions to be filed and heard sufficiently in advance of the specified deadlines so that the Court may grant effective relief within the allotted discovery time. A party's failure to have a discovery dispute heard sufficiently in advance of the discovery cutoff may result in denial of the motion as untimely.

IT IS SO ORDERED.

Dated:   **September 8, 2015**                    **/s/ Gary S. Austin**
                                            UNITED STATES MAGISTRATE JUDGE