BENJAMIN B. WAGNER
United States Attorney
ALYSON A. BERG
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant MEGAN BRENNAN, POSTMASTER
 GENERAL, UNITED STATES POSTAL SERVICE

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE S. QUINONES,<br><br>             Plaintiff,<br><br>v.<br><br>PATRICK R. DONAHOE, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE,<br><br>             Defendant. | 1:13-cv-01553-LJO-EPG<br><br>**STIPULATION FOR CONTINUED SETTLEMENT CONFERENCE [PROPOSED] ORDER** |

    Plaintiff Felipe S. Quinones ("Plaintiff") and Defendant Megan J. Brennan, ("Defendant"), by and through the undersigned counsel for the respective parties, hereby stipulate to a continued settlement conference on November 10, 2015 at 9:00 a.m. before the Honorable Judge Jennifer L. Thurston.

    The parties have participated in a prior settlement before the Honorable Judge Thurston on August 26, 2015 and were unable to settle the matter. Since then, the parties have participated in

///

///

///

///

///

---

STIPULATION FOR CONTINUEE SETTLEMENT CONFERENCE; PROPOSED ORDER        1

further discovery, including depositions.  At this time, the parties request the help of the court to bring this matter to conclusion.

                                      Respectfully submitted,

                                      BENJAMIN B. WAGNER
                                      UNITED STATES ATTORNEY

Dated:  October 27, 2015

                                      /s/Alyson A. Berg
                                      ALYSON A. BERG
                                      Attorney for Defendant Megan A. Brennan
                                      Postmaster General, United States Postal Service

                                      CHURCH STATE COUNCIL

                                      (As authorized 10/27/15)
Dated:  October 27, 2015            /s/Alan J. Reinach
                                      Alan J. Reinach
                                      Jonathon Cherne
                                      Attorneys for Plaintiff Felipe S. Quinones

                                      SOTTILE & BALTAXE

                                      (As authorized 10/27/15)
Dated:  October 27, 2015            /s/Timothy Sottile
                                      Timothy Sottile
                                      Attorneys for Plaintiff Felipe S. Quinones

## **ORDER**

Having reviewed the stipulation submitted by the parties, a further settlement conference is set on November 10, 2015 at 9:00 a.m. before Judge Jennifer L. Thurston at the United States Courthouse at 510 19th Street, Bakersfield, CA.  No later than November 5, 2015, counsel SHALL lodge updated, confidential settlement conference statements to JLTOrders@caed.uscourts.gov.

IT IS SO ORDERED.

   Dated:  **October 28, 2015**                **/s/ Jennifer L. Thurston**
                                                      UNITED STATES MAGISTRATE JUDGE