BENJAMIN B. WAGNER
United States Attorney
ALYSON A. BERG
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California  93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Defendant MEGAN BRENNAN, POSTMASTER
 GENERAL, UNITED STATES POSTAL SERVICE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE S. QUINONES,<br><br>            Plaintiff,<br><br>v.<br><br>MEGAN J. BRENNAN, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE,<br><br>            Defendant. | CASE NO.  1:13-cv-01553-DAD-EPG<br><br>**JOINT STIPULATION TO CONTINUE NON-EXPERT DISCOVERY AND NON-DISPOSITIVE MOTIONS DEADLINES; ORDER** |

Plaintiff Felipe S. Quinones ("Plaintiff") and Defendant Megan J. Brennan, Postmaster General ("Defendant"), ("collectively "the parties"), stipulate, by and through the undersigned counsel, to extend the non-expert discovery and non-dispositive motions deadlines.  The dates for filing dispositive motions, the pre-trial conference, and the trial date are not affected by this stipulation.

This action arises from Plaintiff's challenge to his removal from the position of a part time flexible clerk in the Lindsay Post Office alleging religious discrimination.  Defendant disputes Plaintiff's claims because it would be an undue hardship on the operations of the Lindsay Post Office to allow Plaintiff to have every Saturday off as there is only one other part time clerk to perform those duties on Saturdays.

///

After engaging in extensive discovery including exchanging over 19,000 pages of documents and taking fifteen depositions, the parties agree to a short extension of the date by which to complete non-expert discovery in this case from April 11, 2016 to May 9, 2016, and a brief extension of the non-dispositive motions deadline from April 25, 2016 to May 23, 2016. The parties submit that this request is being made for good cause as the parties are scheduled for mediation with Honorable Enrique Romero on April 19, 2016. This brief extension of the discovery and non-dispositive motions deadlines will allow the parties to focus on a resolution before incurring additional fees and costs.

In an effort to continue the good faith efforts by the parties to resolve this case and conserve the parties and judicial resources until absolutely necessary, the parties stipulate and agree to continue the following dates, and base it on the above-stated good cause.

|  | **Old Date** | **New Date** |
|---|---|---|
| Close of Non Expert Discovery | April 11, 2016 | May 9, 2016 |
| Non-Dispositive Motions | April 25, 2016 | May 23, 2016 |

Respectfully submitted,

BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

Dated: April 11, 2016

*/s/ Alyson A. Berg*
ALYSON A. BERG
Attorney for Defendant Megan A. Brennan
Postmaster General, United States Postal Service

CHURCH STATE COUNCIL

Dated: April 11, 2016

(As authorized 04/11/16)
*/s/ Alan J. Reinach*
Alan J. Reinach
Jonathon Cherne
Attorneys for Plaintiff Felipe S. Quinones

SOTTILE & BALTAXE

Dated: April 11, 2016

(As authorized 04/11/16)
*/s/ Timothy Sottile*
Timothy Sottile
Attorneys for Plaintiff Felipe S. Quinones

**ORDER**

Having reviewed the stipulation submitted by the parties, and for good cause showing, the above mentioned dates are continued as follows:

    Non-expert discovery cutoff:    May 9, 2016

    Non-dispositive motion deadline:    May 9, 2016

All other deadlines in this case remain as set forth in the Order Adopting the Parties' the Stipulation to Continue Pre-Trial and Trial Dates (ECF No. 52).

IT IS SO ORDERED.

Dated: **April 13, 2016**      /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE